IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL HAYNES,

    Plaintiff,
v.                                    CASE NO. 4:06-cv-00185-SPM-AK

JOANNA BRYAN, et al,

    Defendants.
_____/

## O R D E R

Plaintiff has responded to the Court's show cause order entered on September 26, 2006, (doc. 25) to explain that he has requested that the partial filing fee be paid, but DOC has not done it. (Doc. 26). It is Plaintiff's responsibility to see that funds are withdrawn from his inmate account to pay court costs and until the partial filing fee is paid nothing further will take place with regard to his lawsuit. It has been the Court's experience that DOC fully understands the filing fee procedure and if it has not paid the partial filing fee from Plaintiff's inmate account there is a problem that Plaintiff needs to resolve on his end. He should file the appropriate grievances, talk to his case manager or whatever he needs to do to straighten this out. He will be given through **November 17, 2006**, to make the partial filing fee payment or the Court will recommend that his case be dismissed.

    DONE AND ORDERED this  26th day of October, 2006

                      *s/ A. KORNBLUM*
                      ALLAN KORNBLUM
                      UNITED STATES MAGISTRATE JUDGE