IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL HAYNES,**

    Plaintiff,

v.                                          **CASE NO. 4:06-cv-00185-SPM-AK**

**JOANNA BRYAN, et al,**

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    The complaint in this cause was filed on April 12, 2006, in the Middle District of Florida with a Motion for leave to proceed IFP.  (Docs. 13 and 16).  Plaintiff was directed to submit his inmate account information so that an initial filing fee could be assessed on or before May 30, 2006.  (Doc. 18).  When the account information was not forthcoming, the Court entered a show cause order (doc. 19) to which Plaintiff responded with the inmate account information.  (Doc. 20).  Based on the information provided with the response, the Court assessed Plaintiff an initial partial filing fee of $1.66.  (Doc. 21).  Plaintiff moved for reconsideration of this Order on grounds that he was in state custody and could not reach his family to provide the funds.  (Doc. 22). The Court referred Plaintiff to its previous order and the PLRA that mandates that the fee must be paid before his case can go forward.  (Doc. 24).  When no fee was forthcoming, the Court again entered a show cause order.  (Doc. 25).  Plaintiff responded that the correctional institution would not make the payment.  (Doc. 26). The Court responded that he must do whatever he needs to do to get the initial fee paid

and gave him until November 17, 2006, to pay the fee or risk dismissal of his lawsuit. (Doc. 28). The fee has still not been paid.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that he pay the initial partial filing fee. (Docs. 21 and 28). Despite his claims that it is DOC that is not complying with the court order, the Florida Department of Corrections is fully aware of the PLRA procedures and in the past when there have been misunderstandings and delays in getting the initial fees paid it has been the inmate's responsibility to file the appropriate grievances to facilitate the process. Plaintiff does not appear to have taken any steps to get the fee paid. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **3rd** day of January, 2007.

> s/ A. KORNBLUM
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 4:06-cv-00185-SPM-AK*