IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL HAYNES,

    Plaintiff,

vs.                                  CASE NO.  4:06cv185-SPM/AK

JOANNA BRYAN, et al.,

    Defendants.

_____/

## **ORDER**

    THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated January 3, 2007 (doc. 30).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 30) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed with prejudice for failure to obey a court

order.

    DONE AND ORDERED this 24th day of October, 2007.

                  *s/ Stephan P. Mickle*
                   Stephan P. Mickle
                   United States District Judge